# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Lori S. Workmaster, | : | Case No. 20-22770-GLT |
| Debtor. | : | Chapter 7 |
| Lori S. Workmaster, | : | |
| Movant, | : | **Hearing Date &Time:** |
| | : | **January 21, 2021 at 9:00 a.m.** |
| v. | : | |
| | : | Document No. |
| Capital One Bank USA N.A., | : | |
| | : | Related Document No. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, certify under penalty of perjury that I served the forgoing Motion to Avoid Judicial Lien, Proposed Order, and Notice of Hearing on the following parties at the addresses listed below on <u>December 22, 2020</u>, via electronic mail and/or first-class mail postage prepaid:

Capital One Bank USA N.A.
4851 Cox Road
Glen Allen, PA 23060
Attn Richard Fairbank, CEO

Michael Ratchford, Esquire
54 Glenmaura National Blvd.
Moosic, PA 18507
*Attorney for Capital One Bank USA N.A.*

Ronda Winnecour, Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: December 22, 2020

/s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412) 744-4450
amy@zemalawoffice.com
*Attorney for Debtor*