# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Lori S. Workmaster, | : | Case No. 20-22770-GLT |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| Lori S. Workmaster, | : | |
| | : | |
| Movant, | : | **Hearing Date &Time:** |
| | : | **February 4, 2021 at 10:00 a.m.** |
| v. | : | |
| | : | Document No. |
| Capital One Bank USA N.A., | : | |
| | : | Related Document No. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, certify under penalty of perjury that I served the forgoing Motion to Avoid Judicial Lien, Proposed Order, and Notice of Hearing on the following parties at the addresses listed below on December 31, 2020, via electronic mail and/or first-class mail postage prepaid:

Via certified and regular mail:
Capital One Bank USA N.A.
4851 Cox Road
Glen Allen, PA 23060
Attn Richard Fairbank, CEO

Michael Ratchford, Esquire
54 Glenmaura National Blvd.
Moosic, PA 18507
*Attorney for Capital One Bank USA N.A.*

Ronda Winnecour, Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222


Date:  December 31, 2020          /s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412) 744-4450
amy@zemalawoffice.com
*Attorney for Debtor*