# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Lori S. Workmaster, | : | Case No. 20-22770-GLT |
| Debtor. | : | Chapter 7 |
| Lori S. Workmaster, | : | |
| Movant, | : | **Hearing Date &Time:** |
| | : | **February 4, 2021 at 10:00 a.m.** |
| v. | : | |
| | : | Document No. |
| Capital One Bank USA N.A., | : | |
| | : | Related Document No. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO OF DEBTOR LORI S. WORKMASTER TO AVOID JUDICIAL LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on December 31, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than January 17, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: January 21, 2021

/s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412) 744-4450
amy@zemalawoffice.com
*Attorney for Debtors*